No. 85–307. ESTATE OF ROCKEFELLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 85–461. CONTROL DATA CORP. *v.* C. E. SERVICES, INC. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 85–5658. MALLY *v.* INTERNATIONAL BUSINESS MACHINES CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 85–484. MILLER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 85–570. HOLLOWAY *v.* WALKER, JUDGE, 162D JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.